ACCEPTED
03-15-00266-CR
6379657
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/6/2015 9:43:58 AM
JEFFREY D. KYLE
CLERK

## No. 03-15-00266-CR

In the
Court of Appeals
for the
Third District of Texas
at Austin

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

8/6/2015 9:43:58 AM

JEFFREY D. KYLE
Clerk

◆

### CR-2014-020
In the 207th District Court
Comal County, Texas

◆

## RANDALL ARTHUR HAZEL
*Appellant*
V.
## THE STATE OF TEXAS
*Appellee*

◆

## MOTION TO WITHDRAW AND DISMISS APPEAL

◆

**TO THE HONORABLE JUDGES OF SAID COURT:**

**COMES NOW,** Randall Arthur Hazel, Appellant in the above-captioned cause, by and through his attorney of record, and respectfully moves the Court to withdraw and dismiss his appeal, as provided by TEXAS RULE OF APPELLATE PROCEDURE 42.2. In support hereof, Appellant would show unto the Court the following:

1. On March 3, 2015, Appellant was found *guilty* at a jury trial for the offense of Aggravated Robbery. On April 20, 2015, the trial court

assessed punishment and sentenced Appellant to fourteen years in the Texas the Department of Criminal Justice.

2.  Appellant filed a timely notice of appeal.

3.  Appellant has had the opportunity to discuss the facts and law regarding his appeal with the undersigned attorney on appeal on many occasions. Appellant been notified of the consequences of asking this Court to dismiss his appeal. Appellant is aware that upon this Court granting this motion, Appellant's conviction will become final and Appellant will not be able to file another direct appeal. Appellant is aware that upon this Court granting this motion, Appellant will not be able to challenge the legal sufficiency of the evidence at his trial nor will Appellant be able to have this Court review any potential errors that may have occurred at Appellant's trial. Appellant is aware that the undersigned attorney on appeal has not received the reporter's record/transcripts and, therefore, has not had the opportunity to fully investigate what potential issues Appellant could raise on direct appeal. Appellant is aware that the undersigned attorney on appeal encourages Appellant to continue with his appeal and to not file this motion. Appellant by his signature below acknowledges that he has read this motion, agrees with the contents of this motion, understands the consequences of filing this motion, and knowingly, intelligently, and voluntarily requests the Court issue an order of dismissal.

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully prays the Court grant this motion, thereby dismissing this appeal and allowing the conviction to become final

Respectfully submitted,

_Kevin Stryker_

**KEVIN STRYKER**
Attorney for Randall Hazel
State Bar Number: 24037565
217 Arden Grove
San Antonio, Texas 78215
Phone: 210-693-1500
Fax: 1-888-252-3033
Strykerlawfirm@gmail.com

_Randall A. Hazel_

Randall Hazel
Appellant

Motion to Withdraw and Dismiss Appeal – Randall Arthur Hazel; No. 13-15-00266-CR

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served upon Joshua Presley, appellee's attorney of record on appeal, on August 5, 2015, at the following e-mail address, through the electronic service system provided by eFile.TXCourts.gov:

Preslj@co.comal.tx.us

**KEVIN STRYKER**
Attorney for Randall Hazel
State Bar Number: 24037565
217 Arden Grove
San Antonio, Texas 78215
Phone: 210-693-1500
Fax: 1-888-252-3033
Strykerlawfirm@gmail.com

Motion to Withdraw and Dismiss Appeal – Randall Arthur Hazel; No. 13-15-00266-CR